IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERNEST STINSON**  <br>　　　　**Plaintiff,**  <br>　v.  <br>**TRIPLE CANOPY, INC.**  <br>　　　　**Defendant.** | CIVIL ACTION NO. 21-4557 |

## ORDER

**AND NOW**, this 26th day of July 2023, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 18] and the responses thereto [Doc Nos. 20, 21], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion [Doc. No. 18] is **GRANTED**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**